No. 02–8737. BROWN v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–8739. BOLDRIDGE v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 02–8741. OWENBY v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA. C. A. 9th Cir. Certiorari denied.

No. 02–8742. MOORE v. RICHMOND NURSING HOME ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–8746. PEAKE v. SIKES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–8747. HEMPHILL v. SCHOTT ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–8748. SMITH v. KETCHEM ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–8753. COLLIER v. TIME, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8756. SIMPSON v. HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–8757. SHELTON v. ROTHOVE. C. A. 8th Cir. Certiorari denied.

No. 02–8760. FAISON v. CROCKETT ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–8761. GUARDADO v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–8762. HENRY v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–8772. RHAGI v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.